IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

DIATEK LICENSING LLC

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-07241 |
| NFL ENTERPRISES LLC | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

DIATEK LICENSING LLC

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-06457 |
| HOME BOX OFFICE, INC. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The complaint in the earlier-filed case was filed on July 29, 2021, and the defendant has been served but the deadline for defendant to respond to the complaint has not yet passed.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiff asserts the same patents in the newly filed case as the earlier-filed case.

Signature: /s/ Cortney S. Alexander        Date: 08/27/2021

Firm: Kent & Risley LLC