IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIATEK LICENSING LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>NFL ENTERPRISES LLC,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-07241-JPC<br><br>**Jury Trial Demanded** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant having not yet filed or served upon Plaintiff either an answer or a motion for summary judgment, Plaintiff hereby dismisses this action <u>without</u> prejudice. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before the opposing party serves either an answer or a motion for summary judgment, neither of which have been filed in this case. Accordingly, Plaintiff voluntarily dismisses this action against Defendant <u>without</u> prejudice pursuant to Rule 41(a)(1)(A)(i).

This 15th day of October, 2021.

/s/ *Cortney S. Alexander*
Cortney S. Alexander
(GA Bar 142690)
  cortneyalexander@kentrisley.com
  Tel: (404) 855-3867
  Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

                                                      Attorneys for Plaintiff
                                                      Diatek Licensing, LLC